**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| NORTHWEST SAVINGS BANK, | : | No. 168 WAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| FIDELITY NATIONAL TITLE INSURANCE | : | |
| COMPANY AND THE CLOSING | : | |
| COMPANY OF PA, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 8th day of November, 2017, the Petition for Allowance of Appeal

is **DENIED**.